# EXHIBIT 15





# Track DHL Express Shipments

> DHL Global | > Express | Tracking

Here's the fastest way to check the status of your shipment. No need to call Customer Service — our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

**Express**
- MyDHL+
- Shipping
- Tracking
  - Monitor Shipments
  - Tracking FAQs
  - Track by Shipper's Reference
  - Tracking Tools
  - Electronic Proof of Delivery
- Customs Services and Support
- Export Services
- Import Services
- Domestic Services
- Optional Services
- Industry Solutions
- Small Business Solutions

## Result Summary

**Waybill: 4503589171**
**Customs status updated**
> Sign up for shipment notifications

**Tuesday, January 19, 2021 at 07:40**
**Origin Service Area:**
> HONG KONG - CHEK LAP KOK - HONG KONG SAR, CHINA

**Estimated Delivery:**
Thursday, January 21, 2021
By End of Day
4 Pieces

**Further Detail:** DHL needs further information from the importer.

**Next Step:** A DHL representative shall attempt to contact the importer or please contact DHL Customer Service for further assistance. Customer should contact DHL Customer Service if not reached by DHL.

**Destination Service Area:**
> SAN JOSE, CA - SANTA CLARA - USA

### Tuesday, January 19, 2021

| # | Event | Location | Time | Pieces |
|---|---|---|---|---|
| 10 | Customs status updated | LOS ANGELES GATEWAY, CA - USA | 07:40 | |
| 9 | Processed for clearance at LOS ANGELES GATEWAY - USA | LOS ANGELES GATEWAY, CA - USA | 07:06 | 2 Pieces |
| 8 | Clearance event | LOS ANGELES GATEWAY, CA - USA | 07:05 | 1 Pieces |
| 7 | Arrived at Sort Facility LOS ANGELES GATEWAY - USA | LOS ANGELES GATEWAY, CA - USA | 01:44 | 4 Pieces |

### Monday, January 18, 2021

| # | Event | Location | Time | Pieces |
|---|---|---|---|---|
| 6 | Customs status updated | LOS ANGELES GATEWAY, CA - USA | 15:20 | |
| 5 | Customs status updated | CINCINNATI HUB, OH - USA | 09:39 | |
| 4 | Arrived at Sort Facility HONG KONG - HONG KONG SAR, CHINA | HONG KONG - HONG KONG SAR, CHINA | 22:16 | 4 Pieces |
| 3 | Departed Facility in HONG KONG - HONG KONG SAR, CHINA | HONG KONG - HONG KONG SAR, CHINA | 22:04 | 4 Pieces |
| 2 | Processed at HONG KONG - HONG KONG SAR, CHINA | HONG KONG - HONG KONG SAR, CHINA | 22:04 | 4 Pieces |
| 1 | Shipper has generated a shipment label, but the shipment has not yet been handed over to DHL | HONG KONG - HONG KONG SAR, CHINA | 21:38 | |

>> Original Message ...
>> From: bernadeth.amparo@pythosinc.com
>> To: ph.cvt2ftz@dhl.com, sam.nierras@pythosinc.com
>> Cc: ernie.nierras@pythosinc.com
>> Subject: RE: << Ref:79273961 >> PYTHOS // AWB 1975948505 // VERIFY VAUE AND CURRENCY
>> Sent: Wed, 13 Jan 2021 11:12:00 UTC+08:00
>>
>>

Hi Mam Daisy Grace,

Please see attach copy of Invoice.
May we request to stop RTO to Philippines and please proceed the shipment to below address:

Attention to: Mr. Rich Cabael
　　　　　　　Airlock389 Inc.
　　　　　　　1133 Loyola Drive
　　　　　　　Sta. Clara, CA 95051
　　　　　　　Email : rich.cabael@stardust389.com
　　　　　　　Phone#: +1(08) 768-0931
　　　　　　　　　　　+63 917 86-1208

Please help us also to provide Custom entry number.

Thank you.


Regards,
**Badeth Amparo**
**Pythos Techonology Phils. Inc.**
Bldg. A Unit 2 B1 L6&7 Phase 1 FCIE
Governors Drive Brgy. Langkaan
Dasmarinas, Cavite
Tel No.: (046)402-0650

---

**From:** Gil Barroga [mailto:gil.barroga@pythosinc.com]
>> **Sent:** Wednesday, 13 January 2021 10:21 AM
>> **To:** ph.cvt2ftz@dhl.com; irish.lagarto@pythosinc.com; jonathan.espanol@pythosinc.com; 'Badeth Amparo'
>> **Subject:** RE: << Ref:79273961 >> PYTHOS // AWB 1975948505 // VERIFY VAUE AND CURRENCY

Copying Mam badeth,

**From:** ph.cvt2ftz@dhl.com [mailto:ph.cvt2ftz@dhl.com]
>> **Sent:** Wednesday, January 13, 2021 3:22 AM
>> **To:** irish.lagarto@pythosinc.com; gil.barroga@pythosinc.com; jonathan.espanol@pythosinc.com
>> **Subject:** << Ref:79273961 >> PYTHOS // AWB 1975948505 // VERIFY VAUE AND CURRENCY

```
#1238,paige@sbcglobal.net,paid,2021-03-07 12:33:50
+0800,unfulfilled,,no,USD,223.04,7.16,18.40,248.60,AIRLOCK18,48.96,Priority
Mail,2021-03-07 12:33:49 +0800,2,Airlock AV100 Respirator (BETA) - Carbon /
Medium - Large,136.00,0.00,AV100B-C,true,true,pending,Christine Paige,3727 Saint
Francis Drive,3727 Saint Francis Drive,"","",Lafayette,'94549,CA,US,(415) 608-
9193,Christine Paige,3727 Saint Francis Drive,3727 Saint Francis
Drive,"","",Lafayette,'94549,CA,US,(415) 608-9193,"","gh_partner_id: 55444
Terms-Conditions: Terms accepted
Terms accepted at: Sat Mar 06 2021 20:32:34 GMT-0800 (PST)",,Shopify
Payments,c19864592908460.1,0.00,Airlock389,0.00,,,,3655152959660,"GH Commission:
22.3, GH Partner: Airlock389 Team",Low,web,0.00,California State Tax
7.25%,16.17,Contra Costa County Tax 1%,2.23,,,,,,,,,,,California,California
#1237,noaheichen@gmail.com,paid,2021-03-07 11:06:30
+0800,unfulfilled,,yes,USD,223.04,7.67,0.00,230.71,AIRLOCK18,48.96,Priority
Mail,2021-03-07 11:06:29 +0800,1,Airlock AV100 Respirator (BETA) - Neutral /
Medium - Large,136.00,0.00,AV100B-N,true,true,pending,Noah Eichen,19375 SW
Eastside Rd,19375 SW Eastside Rd,,,Lake Oswego,'97034,OR,US,"",Noah Eichen,19375
SW Eastside Rd,19375 SW Eastside Rd,,,Lake
Oswego,'97034,OR,US,8182886514,"","gh_partner_id: 55444
Terms-Conditions: Terms accepted
Terms accepted at: Sat Mar 06 2021 19:05:58 GMT-0800 (PST)",,Shopify
Payments,c19863889739948.1,0.00,Airlock389,0.00,,,,3655084310700,"GH Commission:
22.3, GH Partner: Airlock389 Team",Low,web,0.00,,,,,,,,,,,,,,,Oregon,Oregon
#1237,noaheichen@gmail.com,,,,,,,,,,,,,2021-03-07 11:06:29 +0800,1,Airlock
AV100 Respirator (BETA) - Carbon / Medium - Large,136.00,0.00,AV100B-
C,true,true,pending,,,,,,,,,,,,,,,,,,,,,,,,,,,,,Airlock389,,,,,,,,,0.00,,,,,,,,,,,,
,,,,
#1236,jdblank@gmail.com,paid,2021-03-07 09:36:02
+0800,unfulfilled,,yes,USD,111.52,7.67,8.65,127.84,AIRLOCK18,24.48,Priority
Mail,2021-03-07 09:36:01 +0800,1,Airlock AV100 Respirator (BETA) - Carbon /
Medium - Large,136.00,0.00,AV100B-C,true,true,pending,Joshua Blank,"3344 SW
48th, 715 NW Hoyt Street #5871",3344 SW 48th,715 NW Hoyt Street
#5871,,Portland,'97221,OR,US,"",Josh B,73940 White Stone Ln,73940 White Stone
Ln,,,Palm Desert,'92260,CA,US,5033605875,"","gh_partner_id: 55444
Terms-Conditions: Terms accepted
Terms accepted at: Sat Mar 06 2021 17:30:48 GMT-0800 (PST)",,Shopify
Payments,c19863124082860.1,0.00,Airlock389,0.00,,,,3655000096940,"GH Commission:
11.15, GH Partner: Airlock389 Team",Low,web,0.00,California State Tax
7.25%,8.09,Riverside County Tax 0.5%,0.56,,,,,,,,,,,Oregon,California
#1235,sagebrennan@gmail.com,paid,2021-03-07 09:01:33
+0800,unfulfilled,,yes,USD,111.52,7.46,10.60,129.58,AIRLOCK18,24.48,Priority
Mail,2021-03-07 09:01:32 +0800,1,Airlock AV100 Respirator (BETA) - Carbon /
Medium - Large,136.00,0.00,AV100B-C,true,true,pending,Sage Brennan,"2604
Huntington Lane, B",2604 Huntington Lane,B,"",Redondo Beach,'90278,CA,US,(415)
448-7179,Sage Brennan,204 15th Place,204 15th Place,"","",Manhattan
Beach,'90266,CA,US,(415) 448-7179,"","gh_partner_id: 55444
```

Terms-Conditions: Terms accepted
Terms accepted at: Sat Mar 06 2021 16:58:43 GMT-0800 (PST)",,Shopify Payments,c19862843785388.1,0.00,Airlock389,0.00,,,,3654966411436,"GH Commission: 11.15, GH Partner: Airlock389 Team",Low,web,0.00,California State Tax 7.25%,8.09,Los Angeles County Tax 2.25%,2.51,,,,,,,+13107107113,,,California,California
#1234,,paid,2021-03-07 05:32:09 +0800,unfulfilled,,yes,USD,334.56,9.14,0.00,343.70,COLE18,73.44,Priority Mail,2021-03-07 05:32:09 +0800,3,Airlock AV100 Respirator (BETA) - Carbon / Medium - Large,136.00,0.00,AV100B-C,true,true,pending,Callum Robinet,"1609 Pleasant Street, Apt 311",1609 Pleasant Street,Apt 311,"",Lauderdale,'55108,MN,US,3202231887,Callum Robinet,"1609 Pleasant Street, Apt 311",1609 Pleasant Street,Apt 311,"",Lauderdale,'55108,MN,US,3202231887,"","Terms-Conditions: Terms accepted
Terms accepted at: Sat Mar 06 2021 15:30:01 GMT-0600 (Central Standard Time)",,Shopify Payments,c19860317798572.1,0.00,Airlock389,0.00,,,,3654726189228,"GH Commission: 33.46, GH Partner: Cole Smith-Crowley",Low,web,0.00,,,,,,,,,,,,+13202231887,,,Minnesota,Minnesota
#1233,argyilan@sbcglobal.net,paid,2021-03-07 01:24:24 +0800,unfulfilled,,yes,USD,334.56,7.32,24.26,366.14,NIS18,73.44,Priority Mail,2021-03-07 01:24:24 +0800,3,Airlock AV100 Respirator (BETA) - Neutral / Medium - Large,136.00,0.00,AV100B-N,true,true,pending,A Argyilan,1049 Celestial Way,1049 Celestial Way,"","",Yuba City,'95991,CA,US,(530) 632-4656,A Argyilan,1049 Celestial Way,1049 Celestial Way,"","",Yuba City,'95991,CA,US,(530) 632-4656,"","gh_partner_id: 59817
Terms-Conditions: Terms accepted
Terms accepted at: Sat Mar 06 2021 09:21:26 GMT-0800 (PST)",,Shopify Payments,c19858586042540.1,0.00,Airlock389,0.00,,,,3654202589356,"GH Commission: 33.46, GH Partner: N99 Immune Solutions Group",Low,web,0.00,California State Tax 7.25%,24.26,,,,,,,,,,,California,California
#1232,c.kuznitsky@gmail.com,paid,2021-03-06 11:41:47 +0800,unfulfilled,,yes,USD,111.52,7.16,10.88,129.56,COLE18,24.48,Priority Mail,2021-03-06 11:41:46 +0800,1,Airlock AV100 Respirator (BETA) - Neutral / Medium - Large,136.00,0.00,AV100B-N,true,true,pending,Carol Castillo,13507 Rose Drive,13507 Rose Drive,"",,San Leandro,'94578,CA,US,'+1 415-806-9476,Carol Castillo,13507 Rose Drive,13507 Rose Drive,"",,San Leandro,'94578,CA,US,'+1 415-806-9476,"","gh_partner_id: 60562
Terms-Conditions: Terms accepted
Terms accepted at: Fri Mar 05 2021 19:40:14 GMT-0800 (Pacific Standard Time)",,Shopify Payments,c19851691557036.1,0.00,Airlock389,0.00,,,,3653461835948,"GH Commission: 11.15, GH Partner: Cole Smith-Crowley",Low,web,0.00,Alameda County Tax 2%,2.23,California State Tax 7.25%,8.09,San Leandro City Tax 0.5%,0.56,,,,,+14158069476,,,California,California
#1231,tkcpoetry@gmail.com,paid,2021-03-06 09:17:28 +0800,fulfilled,2021-03-08